# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LARRY WAYNE WEATHERS,**

       **Plaintiff,**

vs.                                           **Case No.: 2:17-cv-683**
                                                  **JUDGE GEORGE C. SMITH**
                                                  **Magistrate Judge Vascura**

**AEROTEK, INC.,**

       **Defendant.**

## ORDER

On September 11, 2017, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* be granted and that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief can be granted. (*See Order and Report and Recommendation,* Doc. 8). The parties were advised of their right to object to the *Order and Report and Recommendation*. This matter is now before the Court on Plaintiff's Objections to the *Order and Report and Recommendation*. (*See* Doc. 11). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff merely asserts in his objection to the *Order and Report and Recommendation* what his claim is, discrimination. He has failed to state sufficient grounds to review the Magistrate Judge's well-reasoned *Order and Report and Recommendation*. Plaintiff's general objections are not sufficient to preserve any issues for review, and "[a] general objection to the entirety of the magistrate's report has the same effects as would a failure to objection." *Howard*

*v. Sec'y of H.H.S.*, 932 F.2d 505, 509 (6th Cir. 1991). Therefore, for the reasons stated in detail in the *Order and Report and Recommendation*, this Court finds that Plaintiff's Objections are without merit and are hereby **OVERRULED**.

The *Order and Report and Recommendation,* Document 8, is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed.

The Clerk shall remove Documents 8 and 11 from the Court's pending motions list. The Clerk shall terminate this case.

       **IT IS SO ORDERED**.

       */s/ George C. Smith*
       **GEORGE C. SMITH, JUDGE**
       **UNITED STATES DISTRICT COURT**